UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE TRUCKING LLC, GREGORY BLAISE<br><br>Defendants. | Case No. 8:24-cv-02239-AH-(JDEx)<br><br>**FINAL JUDGMENT  [JS6]** |

Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order granting Plaintiff's Motion for Default Judgment.

2. The Court AWARDS Plaintiff $155,405.62.

3. The Clerk of the Court shall close the case.

This is a final judgment.

Dated:  March 19, 2025_____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE